UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION
CIVIL ACTION NO.: 3:22-CV-524-DJH
*Electronically Filed*

| | |
|---|---|
| JOSEPH CLAYTON | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| | ) |
| CORREY RICHTER | ) |
| and | ) |
| SHAMBAUGH & SON, L.P. | ) |
| | ) |
| Defendants. | ) |

**NOTICE OF REMOVAL**

Comes now the Defendants, Correy Richter and Shambaugh & Son, L.P. (hereinafter collectively, "Defendants"), by and through counsel, and for their Notice of Removal of this action from the Jefferson Circuit Court, Jefferson County, Kentucky, to the United States District Court for the Western District of Kentucky, at Louisville, pursuant to 28 U.S.C. §§ 1332, 1441, and 1446, respectfully state as follows:

1. That on or about August 26, 2022, the Plaintiff, Joseph Clayton ("Plaintiff"), filed a Complaint in the Jefferson County Circuit Court, (Civil Action No. 22-CI-004428), against Correy Richter and Shambaugh & Son, L.P., arising from a motor vehicle accident that occurred on an interstate within Jefferson County, Louisville, Kentucky on November 16, 2021. More specifically, Plaintiff's Complaint alleges that the subject vehicular accident was caused by the negligence of Mr. Richter and that said accident occurred while he was within the course and scope of his employment for Shambaugh & Son, L.P. (Complaint at ¶ 11). Copies of all process and pleadings in said action are attached hereto in accordance with 28 U.S.C. § 1446(a) as **Exhibit A**.

2. As a result of the subject incident, Plaintiff has asserted negligence and negligence *per se* claims against both Mr. Richter and his employer, Shambaugh & Son, L.P., as well as separate claims sounding in negligence training, hiring, supervision, and retention against Shambaugh & Son, L.P. (*See generally*, Plaintiff's Complaint).

## TIMELINESS OF REMOVAL

3. Pursuant to 28 U.S.C. § 1446(b), the "notice of removal of a civil action or proceeding shall be filed within thirty days after the receipt by the defendant, through service or otherwise, of a copy of the initial pleading setting forth the claim for relief upon which such action or proceeding is based…"

4. As an initial matter, Defendant Correy Richter has not yet been properly served with the Complaint as of the date of this filing. [1]

5. Defendant Shambaugh & Son, L.P.'s registered agent was served with the Complaint on September 13, 2022. Accordingly, this notice of removal is timely because less than thirty days has elapsed since Shambaugh & Son, L.P.'s receipt of Plaintiff's Complaint.

## VENUE

6. Venue for this removal action is proper in this Court pursuant to 28 U.S.C. § 1441 and Local Rules 3.1(b)(1) and 3.2(a)(3) of the Joint Local Rules of Civil Practice for the United States District Courts for the Eastern and Western Districts of Kentucky because the Western District Louisville Division is the district and division embracing the place wherein the state court

---

[1] Although Defendant Correy Richter is conceding to this removal on diversity jurisdiction grounds, Mr. Richter expressly reserves his right to still assert a 12(b)-defense based on insufficient service of process and/or lack of personal jurisdiction. *See J.M. Hatfield*, No. 4:19-CV-00183-JHM, 2020 U.S. Dist. LEXIS 72006 (W.D. Ky. Apr. 23, 2020) (quoting *Cantor Fitzgerald, L.P. v. Peaslee*, 88 F.3d 152, 157 n.4 (2d Cir. 1996) ("Removal does not waive any Rule 12(b) defenses.").

action was pending and where a substantial part of the alleged events giving rise to this action occurred.

## DIVERSITY OF CITIZENSHIP

7. The Plaintiff, upon information and belief, is a resident of the Commonwealth of Kentucky.

8. Pursuant to 28 U.S.C. § 1332 (c)(1), a corporation shall be deemed a citizen of its state of incorporation and the state where it has its principal place of business. Therefore, Shambaugh & Son, L.P. is a citizen of Texas, its state of incorporation, as well as Indiana, as its principal place of business is located at 7614 Opportunity Drive, Fort Wayne, Indiana 46825.

9. The Defendant, Correy Richter, is citizen of Alabama, residing at 203 County Rd. 374, Hillsboro, Alabama 35643.

10. This Court has jurisdiction over this matter pursuant to 28 U.S.C. § 1332 (a) and (c) because there is complete diversity of citizenship between Plaintiff and the Defendants and the total amount claimed by Plaintiff exceeds the jurisdictional minimum of $75,000.00, exclusive of interest and costs, as directly alleged in Plaintiff's Complaint. (Plaintiff's Complaint at ¶ 6).

11. A true and accurate copy of Defendants' Notice of Removal was filed with the Clerk of Court of the Jefferson County Circuit Court today.

WHEREFORE, the Defendants, Shambaugh & Son, L.P. and Correy Richter, hereby respectfully remove this action from the Jefferson County Circuit Court to this Court for all other appropriate procedures.

Respectfully Submitted,

*/s/ Alexander B. Hyman*
Alexander B. Hyman, Esq.
730 West Main Street, Suite 300
Louisville, KY 40202
Telephone:	(502) 584-1310
Facsimile:	(502) 589-5436
Email: Ahyman@reminger.com
**Counsel for Defendants**

## CERTIFICATE OF SERVICE

I hereby certify that on October 3, 2022, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, and I further certify that I mailed a true and correct copy of the foregoing to:

Adrian Mendiondo
Morgan & Morgan, Kentucky, PLLC
333 West Vine Street, Suite 1200
Lexington, KY 40507
Telephone:	(859) 469-7954
Facsimile:	(859) 899-9765
Email: amendiondo@forthepeople.com
**Counsel for Plaintiffs**

*/s/ Alexander B. Hyman*
Alexander B. Hyman, Esq.