AOC-E-105          Sum Code: CI
Rev. 9-14

Commonwealth of Kentucky
Court of Justice     *Courts.ky.gov*

CR 4.02; Cr Official Form 1



**CIVIL SUMMONS**

NOT ORIGINAL DOCUMENT
10/05/2022 Case #: **22-CI-004428**
90750
Court: **CIRCUIT**
County: **JEFFERSON Circuit**

---

*Plantiff,* **CLAYTON, JOSEPH VS. RICHTER, CORREY ET AL**, *Defendant*

TO: **CORPORATION SERVICE COMPANY**

**135 N PENNSYLVANIA ST**

**SUITE 1610**

**INDIANAPOLIS, IN 46204**

Memo: Related party is SHAMBAUGH & SON, L.P.

The Commonwealth of Kentucky to Defendant:
**SHAMBAUGH & SON, L.P.**

You are hereby notified that a **legal action has been filed against you** in this Court demanding relief as shown on the document delivered to you with this Summons. **Unless a written defense is made by you or by an attorney on your behalf within twenty (20) days** following the day this paper is delivered to you, judgment by default may be taken against you for the relief demanded in the attached complaint.

The name(s) and address(es) of the party or parties demanding relief against you or his/her (their) attorney(s) are shown on the document delivered to you with this Summons.

*Davis L. Nicholson*

Jefferson Circuit Clerk
Date: **8/26/2022**

---

## Proof of Service

This Summons was:

☐ Served by delivering a true copy and the Complaint (or other initiating document)

    To: _____

☐ Not Served because: _____

Date: _____, 20_____

                                           Served By

                                           Title

---

Presiding Judge: HON. CHARLES L. CUNNINGHAM (630297)

CI : 000001 of 000001

Summons ID: @00001010626
CIRCUIT: 22-CI-004428 Long Arm Statute – Secretary of State
CLAYTON, JOSEPH VS. RICHTER, CORREY ET AL

**EXHIBIT A**



Page 1 of 1

eFiled

AOC-E-105          Sum Code: CI
Rev. 9-14

Commonwealth of Kentucky
Court of Justice      *Courts.ky.gov*

CR 4.02; Cr Official Form 1



**CIVIL SUMMONS**

NOT ORIGINAL DOCUMENT
10/05/2022
90750

Case #: **22-CI-004428**

Court: **CIRCUIT**

County: **JEFFERSON Circuit**

*Plantiff,* **CLAYTON, JOSEPH VS. RICHTER, CORREY ET AL**, *Defendant*

TO:  **CORREY RICHTER**

**203 COUNTY RD. 374**

**HILLSBORO, AL 35643**

The Commonwealth of Kentucky to Defendant:

You are hereby notified that a **legal action has been filed against you** in this Court demanding relief as shown on the document delivered to you with this Summons. **Unless a written defense is made by you or by an attorney on your behalf within twenty (20) days** following the day this paper is delivered to you, judgment by default may be taken against you for the relief demanded in the attached complaint.

The name(s) and address(es) of the party or parties demanding relief against you or his/her (their) attorney(s) are shown on the document delivered to you with this Summons.

*Davis L. Nicholson*

Jefferson Circuit Clerk
Date: **8/26/2022**

<div style="border:1px solid">

## Proof of Service

This Summons was:

☐ Served by delivering a true copy and the Complaint (or other initiating document)

   To: _____

☐ Not Served because: _____

Date: _____, 20 _____

_____
Served By

_____
Title

</div>

*Presiding Judge: HON. CHARLES L. CUNNINGHAM (630297)*

*CI : 000001 of 000001*

Summons ID: @00001010625
CIRCUIT: 22-CI-004428 Long Arm Statute – SOS - Restricted Delivery
CLAYTON, JOSEPH VS. RICHTER, CORREY ET AL



eFiled

RECEIVED  09/20/2022 12:49
541-947-2825                    p.1



Michael G. Adams
Secretary of State

**Commonwealth of Kentucky**
**Office of the Secretary of State**

Summons Division
PO BOX 718
FRANKFORT, KY 40602-0718

September 7, 2022

CORREY RICHTER
203 COUNTY RD. 374
HILLSBORO, AL 35643

FROM:   SUMMONS DIVISION
        SECRETARY OF STATE

RE:     CASE NO: 22-CI-004428

COURT:  Circuit Court Clerk
        Jefferson County
        700 West Jefferson St.
        Louisville, KY 40202
        Phone: (502) 595-3055

Legal action has been filed against you in the captioned case.  As provided under
Kentucky law, the legal documents are enclosed.

**Questions regarding this action should be addressed to:**

    **(1) Your attorney, or**
    **(2) The attorney filing this suit whose name should appear on**
        **the last page of the complaint, or**
    **(3) The court or administrative agency in which the suit is filed**
        **at the clerk's number printed above.**

The Kentucky Secretary of State has NO POWER to make a legal disposition of this
case.  Your responsive pleadings should be filed with the clerk of the court or agency
where the suit is filed and served directly on your opposing party.

No copy of future pleadings need be sent to this office unless you wish us to serve
the pleading under a particular statute or rule and pay for said service.

Sep 20 2022 10:38am   Pacific Pine Products Inc

RECEIVED  09/20/2022 12:49
541-947-2825                          p.2

| AOC-E-105       Sum Code: CI | | Case #: **22-CI-004428** |
| Rev. 9-14 |  | Court:  **CIRCUIT** |
| Commonwealth of Kentucky | | County: **JEFFERSON Circuit** |
| Court of Justice     Courts.ky.gov | | |
| CR 4 02: Cr Official Form 1 | **CIVIL SUMMONS** | |

*Plantiff,* CLAYTON, JOSEPH VS. RICHTER, CORREY ET AL, *Defendant*

TO:  **CORREY RICHTER**
      **203 COUNTY RD. 374**
      **HILLSBORO, AL 35643**

The Commonwealth of Kentucky to Defendant:

    You are hereby notified that a **legal action has been filed against you** in this Court demanding relief as shown on the document delivered to you with this Summons. **Unless a written defense is made by you or by an attorney on your behalf within twenty (20) days** following the day this paper is delivered to you, judgment by default may be taken against you for the relief demanded in the attached complaint.

The name(s) and address(es) of the party or parties demanding relief against you or his/her (their) attorney(s) are shown on the document delivered to you with this Summons.

                                        *Davis L. Nicholson*
                                        Jefferson Circuit Clerk
                                        Date: 8/26/2022

## Proof of Service

This Summons was:

☐  Served by delivering a true copy and the Complaint (or other initiating document)

    To: _____

☐  Not Served because: _____

    Date: _____, 20_____          _____
                                                        Served By

                                                  _____
                                                        Title

Summons ID: 497414433797706@00001010825
CIRCUIT: 22-CI-004428 Long Arm Statute - SOS - Restricted Delivery
CLAYTON, JOSEPH VS. RICHTER, CORREY ET AL

  Page 1 of 1

*eFiled*

000002 of 000030

Sep 20 2022 10:38am   Pacific Pine Products Inc

RECEIVED  09/20/2022 12:49
541-947-2825                    p.3

CIVIL ACTION NO. _____

JEFFERSON CIRCUIT COURT
DIVISION FOUR (4)
HON. CHARLES CUNNINGHAM
*Electronically Filed*

JOSEPH CLAYTON

PLAINTIFF

v.

CORREY RICHTER,
Individually and as employee of
SHAMBAUGH & SON, L.P.
    Serve:  Correy Richter
            203 County Rd. 374
            Hillsboro, AL 35643

**Serve via Secretary of State**

and

SHAMBAUGH & SON, L.P.                                    DEFENDANTS
    Serve:  Corporation Service Company
            135 N Pennsylvania St.
            Suite 1610
            Indianapolis, IN 46204

**Serve via Secretary of State**

---

## COMPLAINT

---

The Plaintiff, Joseph Clayton, for his Complaint against the Defendants, Correy Richter and

Shambaugh & Son, L.P., state as follows:

### PARTIES, JURISDICTION, AND VENUE

1.      Plaintiff, Joseph Clayton, is a citizen and resident of the Commonwealth of Kentucky,

residing at 447 Brooks View Road, Brooks, Kentucky 40109.

1

000003 of 000030

Sep 20 2022 10:38am   Pacific Pine Products Inc

RECEIVED   09/20/2022 12:49
541-947-2825                    p.4

2.      At all relevant times, Defendant Correy Richter ("Defendant Richter"), was a citizen and resident of the State of Alabama, residing at 203 County Rd. 374, Hillsboro, Alabama 35643, and can receive service at this address.

3.      At all relevant times, Defendant Shambaugh & Son, L.P. ("Defendant Shambaugh & Son, L.P."), is an Indiana corporation incorporated under the laws of the State of Indiana, with its principal place of business located at 7614 Opportunity Drive, Fort Wayne, Indiana 46825.

4.      Defendant Shambaugh & Son, L.P., Inc. has designated Corporation Service Company as its registered agent of process, who can receive service at 135 North Pennsylvania Street, Suite 1610, Indianapolis, Indiana 46204.

5.      At all relevant times, Defendant Richter was the employee, agent, servant, and/or statutory employee for Defendant Shambaugh & Son, L.P., operating for the benefit of, in furtherance of the interests of and/or within the course and scope of his employment with Defendant Shambaugh & Son, L.P. Accordingly, Defendant Shambaugh & Son, L.P. is vicariously liable for the acts of Defendant Richter.

6.      The amount in controversy exceeds $75,000.

7.      Venue in Jefferson Circuit Court is appropriate because the collision giving rise to this lawsuit occurred in Louisville, Jefferson County, Kentucky on November 16, 2021.

## COUNT I – COMMON LAW NEGLIGENCE
### AGAINST DEFENDANTS RICHTER & SHAMBAUGH & SON, L.P.

8.      On or about November 16, 2021, in Louisville, Jefferson County, Kentucky, Defendant Richter was operating a 2020 Mack Granite and traveling southbound on I-65.

9.      The 2020 Mack Granite was operated by Defendant Richter on behalf of his employer, Defendant Shambaugh & Son, L.P.

2

RECEIVED  09/20/2022 12:49
                  541-947-2825                    p.5

10.     As Defendant Richter was traveling southbound on I-65, he recklessly caused the 2020 Mack Granite to collide with the rear-end of a 2000 Toyota Camry, which then struck the vehicle Plaintiff Joseph Clayton was in, a 2018 Cadillac Escalade, causing the vehicle to flip.

11.     Defendant Richter operated the 2020 Mack Granite in a negligent, careless, and reckless manner, causing serious injuries to Plaintiff, for which Defendant Shambaugh & Son, L.P. is vicariously liable.

12.     As a direct and proximate result of the gross negligence and carelessness of Defendants Richter and Shambaugh & Son, L.P., the Plaintiff, Joseph Clayton, sustained serious and permanent injuries to his body, causing him to incur bills and charges for physicians and medical expenses in treatment, great physical and mental pain and anguish, the loss of enjoyment of life, and impairment of earning capacity.

13.     Plaintiff, Joseph Clayton, will continue to suffer such damages in the future, as his injuries are permanent in nature, and are at increased likelihood of future complications due to the severity and permanent nature of his injuries.

## COUNT II – NEGLIGENCE *PER SE*
## AGAINST DEFENDANTS RICHTER & SHAMBAUGH & SON, L.P.

14.     Plaintiff adopts and reiterates each and every allegation above, as if set out fully in this paragraph.

15.     Defendant Richter violated state and federal statutes and regulations, including but not limited to KRS 189.290, 601 KAR 1:005, and 49 C.F.R. §§ 350-399, which were promulgated to protect the safety of a class of people that includes Plaintiff, and constitutes negligence *per se* pursuant to KRS 446.070 and Kentucky case law, for which Defendant Shambaugh & Son, L.P. is vicariously liable.

3

000005 of 000030

Sep 20 2022 10:38am   Pacific Pine Products Inc

RECEIVED   09/20/2022 12:49
541-947-2825                      p.6

16.    The injuries sustained by Plaintiff are of the type which these statutes seek to prevent and that such injuries were proximately caused by Defendant Richter's violation of these statutes, for which Defendant Shambaugh & Son, L.P. is vicariously liable.

17.    As a direct and proximate result of the gross negligence and negligence *per se* of Defendants Richter and Shambaugh & Son, L.P., the Plaintiff, Joseph Clayton, sustained serious and permanent injuries to his body, causing him to incur bills and charges for physicians and medical expenses in treatment, great physical and mental pain and anguish, the loss of enjoyment of life, and impairment of earning capacity.

18.    Plaintiff, Joseph Clayton, will continue to suffer such damages in the future, as his injuries are permanent in nature, and are at increased likelihood of future complications due to the severity and permanent nature of his injuries.

## COUNT III – NEGLIGENT HIRING, TRAINING, SUPERVISING AND ENTRUSTMENT AGAINST DEFENDANT SHAMBAUGH & SON, L.P.

19.    Plaintiff adopts and reiterates each and every allegation above, as if set out fully in this paragraph.

20.    Defendant Shambaugh & Son, L.P. had a duty to act reasonably in hiring, instructing, training, supervising, and retaining its drivers and other employees and agents, including Defendant Richter, and to promulgate and enforce policies, procedures, and rules to ensure that its drivers and vehicles were reasonably safe.

21.    Defendant Shambaugh & Son, L.P. had a duty to exercise reasonable care in entrusting its vehicles and equipment to responsible, competent, and qualified drivers.

22.    Defendant Shambaugh & Son, L.P. was negligent, careless, and reckless with regard to the duties set forth above, causing serious injury to Plaintiff, for which it is directly liable.

000006 of 000020

Sep 20 2022 10:39am  Pacific Pine Products Inc

RECEIVED  09/20/2022 12:49
                      541-947-2825                    p.7

23.    Defendant Shambaugh & Son, L.P. violated state and federal statutes and regulations, including but not limited to KRS 189.224, 601 KAR 1:005 and 49 C.F.R. §§ 350-399, which were promulgated to protect the safety of a class of people that includes Plaintiff, and constitutes negligence *per se* pursuant to KRS 446.070 and Kentucky case law, for which it is directly liable.

24.    As a direct and proximate result of the negligence, carelessness, and recklessness of Defendant Shambaugh & Son, L.P., the Plaintiff, Joseph Clayton, sustained serious and permanent injuries to his body, causing him to incur bills and charges for physicians and medical expenses in treatment, great physical and mental pain and anguish, the loss of enjoyment of life, and impairment of earning capacity.

25.    Plaintiff, Joseph Clayton, will continue to suffer such damages in the future, as his injuries are permanent in nature, and are at increased likelihood of future complications due to the severity and permanent nature of his injuries.

**WHEREFORE**, Plaintiff, Joseph Clayton, demands judgment against Defendants Richter and Shambaugh & Son, L.P. as follows:

A.  A trial by jury on all issues of fact herein;

B.  For actual, special, punitive, and compensatory damages permitted by law, in an amount greater than the jurisdictional minimum of this Court;

C.  For prejudgment interest from the date of the Plaintiff's injuries until such time the judgment is paid;

D.  For Plaintiff's costs herein expended; and,

E.  For any and all other relief to which the Plaintiff is entitled

000007 of 000030

## CERTIFICATION

This is to certify that pursuant to KRS 411.188(2), the undersigned attorneys have notified by certified mail all of those parties believed to possibly hold subrogation rights to any award received by the Plaintiff as a result of this action and that the failure to assert subrogation rights by intervention, pursuant to Kentucky Civil Rule 24, or otherwise will result in a loss of those rights with respect to any final award received by the Plaintiff as a result of this action.

The parties notified are as follows:

Medicare NGHP
Subrogation Department
P.O. Box 138832
Oklahoma City, OK 73113

Optum
Subrogation Department
11000 Optum Circle
MN102-0300
Eden Prairie, MN 55344

RESPECTFULLY submitted this 26th day of August, 2022.

/s/ Adrian Mendiondo
ADRIAN MENDIONDO
Morgan & Morgan, Kentucky, PLLC
333 West Vine Street, Suite 1200
Lexington, KY 40507
Telephone: (859) 469-7954
Facsimile: (859) 899-9765
amendiondo@forthepeople.com
Counsel for Plaintiff

6

Sep 20 2022 10:39am  Pacific Pine Products Inc

RECEIVED  09/20/2022 12:49
541-947-2825                      p.9

CIVIL ACTION NO. _____

JEFFERSON CIRCUIT COURT
DIVISION FOUR (4)
HON. CHARLES CUNNINGHAM
*Electronically Filed*

JOSEPH CLAYTON

PLAINTIFF

v.

CORREY RICHTER,
Individually and as employee of
SHAMBAUGH & SON, L.P.
**Serve with Complaint**

and

SHAMBAUGH & SON, L.P.
**Serve with Complaint**

DEFENDANTS

---

### PLAINTIFF'S FIRST SET OF INTERROGATORIES AND REQUESTS FOR PRODUCTION OF DOCUMENTS TO DEFENDANT, CORREY RICHTER

---

Comes the Plaintiff by counsel, and for his First Set of Interrogatories and Requests for Production of Documents to Defendant, Correy Richter, states as follows:

### INTERROGATORIES:

**INTERROGATORY NO. 1**: Describe your drive leading up to the collision, including the exact route that you followed from the point where your trip commenced to the point where the collision occurred, where were you coming from and where were you going, and your purpose in driving to your destination.

**ANSWER**:

**INTERROGATORY NO. 2**: Describe in detail how the collision occurred and all actions taken by you to prevent the collision. If there is more than one version of events, describe each separately and its source.

000009 of 000030

RECEIVED  09/20/2022 12:49
541-947-2825                    p.10

**ANSWER:**

**INTERROGATORY NO. 3:** Identify each person who you contend contributed in any way to causing the collision at issue and describe in detail each act or omission on the part of any each such person that you contend contributed to causing the collision.

**ANSWER:**

**INTERROGATORY NO. 4:** State the facts upon which you rely for each affirmative defense in your Answer.

**ANSWER:**

**INTERROGATORY NO. 5:** State the full name and address of each person who witnessed or claims to have witnessed the collision.

**ANSWER:**

**INTERROGATORY NO. 6:** State the full name and address of each person not named in the interrogatory above who was present or claims to have been present at the scene immediately before, at the time of, or immediately after the collision.

**ANSWER:**

**INTERROGATORY NO. 7:** Did you give a statement, oral or written, to anyone concerning the incidents as alleged in this suit? If so, state the name and address of such person taking such statement.

**ANSWER:**

**INTERROGATORY NO. 8:** State the condition of the roads and the weather at the time of the collision as alleged in this suit.

**ANSWER:**

**INTERROGATORY NO. 9:** Give the name of all insurance carriers, the policy numbers,

000010 of 000030

and the monetary limits of liability coverage that were in effect for the tractor and trailer at the time of the collision.

ANSWER:

INTERROGATORY NO. 10: Please state the place of your employment, supervisors, type of work, and the length of time you were employed at each place of employment for the six months prior to the collision.

ANSWER:

INTERROGATORY NO. 11: Identify as to the name and address of each person you expect to call as an expert witness at trial and state the subject matter in which each expert witness is expected to testify.

ANSWER:

INTERROGATORY NO. 12: List the name, address, and telephone number of each person likely to have discoverable information about the claims and defenses in this case, even if you do not intend on calling that person as a witness.

ANSWER:

INTERROGATORY NO. 13: Has any person whose name is contained in the Answer to the above Interrogatory given a written or recorded statement to your or your agent, and if so, please state the name and address of such person, and the name and address of the person who has the present custody or control of each statement.

ANSWER:

INTERROGATORY NO. 14: List any and all items you intend to offer as exhibits at trial and describe each and explain how it supports your case. In the alternative, attach copies of all such evidence to your answers.

**ANSWER:**

**INTERROGATORY NO. 15:** Identify and describe any and all demonstrative evidence you intend to use at trial and describe how it supports your case. In the alternative, attach copies of all such evidence to your answers.

**ANSWER:**

**INTERROGATORY NO. 16:** If you, your agent, your attorneys, insurance company, or anyone on your behalf requested and/or received any information from any computer information source or center concerning the Plaintiff in this suit, please state the name, address, and job title of the person in possession or control of this information, the date the information was ordered, and the name, address, and job title of the person so ordering the information, and the name of the information source or center used.

**ANSWER:**

**INTERROGATORY NO. 17:** If there has been a surveillance of Plaintiff's activities from the date of the incident(s) referred to in Plaintiff's Complaint to the present, and if so state:

(a)     The names and addresses of the persons conducting said surveillance and the date or dates said surveillance was conducted.

(b)     Whether Defendant is in possession of surveillance reports, and if so, names and addresses of those persons in possession of said reports.

(c)     Whether Defendant is in possession of surveillance photographs, slides, or motion pictures depicting Plaintiff's activities. If so, the names and addresses of those persons in possession of said reports.

**ANSWER:**

000012 of 000030

**INTERROGATORY NO. 18**: Please state whether you completed a driver's accident report form detailing the incident of November 16, 2021.

**ANSWER**:

**INTERROGATORY NO. 19**: Did any mechanical defect in the motor vehicle you were driving at the time of the incident described in the Complaint contribute to the incident? If so, describe the nature of the defect and how it contributed to the incident.

**ANSWER**:

**INTERROGATORY NO. 20**: Did you cause, or contribute in any way to the cause of, the collision? If yes, please describe with particularity everything you did that caused, or contributed in way to the cause of, the collision.

**ANSWER**:

**INTERROGATORY NO. 21**: Do you contend the personal injuries of Plaintiff were not caused by the collision with your vehicle? If so state with particularity the facts upon which you base your contention.

**ANSWER**:

**REQUESTS FOR PRODUCTION OF DOCUMENTS:**

**REQUEST NO. 1**: Please produce any and all accident and/or incident reports and investigations prepared by Defendant as a result of the crash other than the police report.

**RESPONSE**:

**REQUEST NO. 2**: Produce copies of any and all vehicle insurance policies listed above.

**RESPONSE**:

**REQUEST NO. 3**: Please produce copies of all photographs, video tapes, slides, and motion

pictures in Defendant's possession which are relevant to the allegations of Plaintiff's Amended Complaint and Defendant's Answer and defense.

**RESPONSE:**

**REQUEST NO. 4:** Please produce copies of all photographs, slides or motion pictures, video tapes, surveillance reports or other information identified in Interrogatory number 17 above.

**RESPONSE:**

**REQUEST NO. 5:** Please produce any logs kept official or unofficial for the month of the collision and six (6) months prior.

**RESPONSE:**

**REQUEST NO. 6:** Please produce the Permanent Unit File or its equivalent including, but not limited to, records relating to the repairs, maintenance, and costs for the van involved in the incident of November 16, 2021.

**RESPONSE:**

**REQUEST NO. 7:** Please produce any Lytx drive camera video or data in its original .dce file format.

**RESPONSE:**

000014 of 000030

Sep 20 2022 10:41am   Pacific Pine Products Inc

RECEIVED   09/20/2022 12:49
           541-947-2825                    p.15

RESPECTFULLY submitted this 26th day of August, 2022.

/s/ Adrian Mendiondo
ADRIAN MENDIONDO
Morgan & Morgan, Kentucky, PLLC
333 West Vine Street, Suite 1200
Lexington, KY 40507
Telephone: (859) 469-7954
Facsimile: (859) 899-9765
amendiondo@forthepeople.com
Counsel for Plaintiff

000015 of 000030

RECEIVED  09/20/2022 12:49
541-947-2825                    p.16

CIVIL ACTION NO. _____

JEFFERSON CIRCUIT COURT
DIVISION FOUR (4)
HON. CHARLES CUNNINGHAM
*Electronically Filed*

JOSEPH CLAYTON                                      PLAINTIFF

v.

CORREY RICHTER.
Individually and as employee of
SHAMBAUGH & SON, L.P.
    **Serve with Complaint**

and

SHAMBAUGH & SON, L.P.                               DEFENDANTS
    **Serve with Complaint**

---

## PLAINTIFF'S FIRST SET OF INTERROGATORIES AND REQUESTS FOR PRODUCTION OF DOCUMENTS TO DEFENDANT, SHAMBAUGH & SON, L.P.

---

Comes the Plaintiff by counsel, and for his First Set of Interrogatories and Requests for Production of Documents to Defendant, Shambaugh & Son. L.P., states as follows:

### INTERROGATORIES:

**INTERROGATORY NO. 1**: Please identify by name and title each and every person who has answered or helped answer these Interrogatories.

**ANSWER**:

**INTERROGATORY NO. 2**:  Please state the full and correct name of the Defendant business entity and all parent companies and subsidiaries.

**ANSWER**:

000016 of 000030

**INTERROGATORY NO. 3**: Please state the name and address of the owner of the Defendant's truck that was involved in the incident described in the Plaintiff's Complaint for damages.

**ANSWER**:

**INTERROGATORY NO. 4**: Please state the full name, address, date of birth, employer, and social security number of the driver of the truck involved in the incident in question.

**ANSWER**:

**INTERROGATORY NO. 5**: Do you agree that Shambaugh & Son, L.P. is vicariously liable for any injury to the Plaintiff caused by the actions of the driver listed in response to the interrogatory above?

**ANSWER**:

**INTERROGATORY NO. 6**: If you contend that Shambaugh & Son, L.P. is not vicariously liable for any injury to the Plaintiff caused by the actions of the driver listed in response to Interrogatory No. 4, please describe specifically and in detail why you contend you are not vicariously liable, including each and every fact upon which you rely to base your contention and the name, address, and employer of each and every person who has knowledge of each fact.

**ANSWER**:

**INTERROGATORY NO. 7**: Please describe, specifically and in detail, Shambaugh & Son, L.P.'s notification of the collision, including without limitation:

    a.    The person at Shambaugh & Son, L.P. who was first notified of the collision;

    b.    The date and time this person was notified;

    c.    Whether anyone at Shambaugh & Son, L.P. created a written record of the collision, and if so, whom;

2

RECEIVED  09/20/2022 12:49
541-947-2825                p.18

d.    Whether this record is kept in any Vehicle Accident Investigation File or its

equivalent; and

e.    Whether this record is kept in the ordinary course of business.

**ANSWER:**

**INTERROGATORY NO. 8:**  Please state the name, address, and employer of each and

every person known to you or your representatives who claims to have any knowledge of the

circumstances surrounding the incident in question.

**ANSWER:**

**INTERROGATORY NO. 9:**  Has Shambaugh & Son. L.P., or anyone acting on its behalf,

ever taken or received any statement, either orally or in writing, from any person, relating to this

collision? If so, please state the name of the person who gave the statement, who took the statement,

its date, its substance, and whether counsel may obtain a copy of any such statement.

**ANSWER:**

**INTERROGATORY NO. 10:**  At the time of the incident in question, list any insurance,

excess insurance, "umbrella" coverage, general liability insurance, and other insurance in effect for

Shambaugh & Son. L.P. and for the owner of the vehicle.

**ANSWER:**

**INTERROGATORY NO. 11:**  Please identify each and every person you expect to call as

an expert witness at the trial of this matter and for each expert witness, please state the subject matter

on which the expert is expected to testify, the substance of the facts and opinions to which the expert

is expected to testify, and summary of the grounds for each opinion.

**ANSWER:**

3

**INTERROGATORY NO. 12:** List the name, address, and telephone number of each person likely to have discoverable information about the claims and defenses in this case, even if you do not intend on calling that person as a witness.

**ANSWER:**

**INTERROGATORY NO. 13:** Identify any nonparty who you claim is or may be liable to the claimant in part or in whole for the damages claimed but who has not been joined in the action as a party.

**ANSWER:**

**INTERROGATORY NO. 14:** Other than the incident at issue, please list all other incidents involving alleged personal injury in which the driver identified in Interrogatory No. 4 above, has been involved, either as an operator or passenger.

**ANSWER:**

**INTERROGATORY NO. 15:** Did the driver in this case complete an application for employment or any paperwork prior to employment by Shambaugh & Son, L.P.?

**ANSWER:**

**INTERROGATORY NO. 16:** Describe all maintenance that has been performed on the subject vehicle for the six (6) months prior to the collision, including for each such maintenance:

   1. What prompted the maintenance visit;

   2. Who performed the maintenance;

   3. Who diagnosed the necessity for maintenance;

   4. What diagnosis was rendered;

   5. When were the repairs performed;

   6. What, if any, parts were replaced; and,

4

Sep 20 2022 10:43am   Pacific Pine Products Inc

RECEIVED   09/20/2022 12:43
541-947-2825

p.20

7. Did the problem reoccur? If so, when?

ANSWER:

**INTERROGATORY NO. 17:** Identify the US DOT number displayed on the Defendant's truck on the date of the incident.

ANSWER:

**INTERROGATORY NO. 18:** Describe and explain in detail the method of calculating the employee driver's pay, compensation, wages, salary, bonus, or commission at the time of the collision and one year prior.

ANSWER:

**INTERROGATORY NO. 19:** Who at Shambaugh & Son, L.P. verified the employee driver was in compliance with federal safety regulations?

ANSWER:

**INTERROGATORY NO. 20:** Describe all training that Shambaugh & Son, L.P. provides or requires for its drivers/operators.

ANSWER:

**INTERROGATORY NO. 21:** At the time of this incident, was the cab equipped with a satellite communication device or e-mail capability, including a Qualicomm system such as SensorTRACS, TrailerTRACS, ViaWeb JTRACS, ProOmniOne, OmniExpress, FleetAdvisor, QTRACS fleet management system, TruckMAIL, GlobalTRACS, or a GPS product manufactured by any other company?

ANSWER:

**INTERROGATORY NO. 22:** List the engine manufacturer of the subject vehicle (i.e., Detroit Diesel, Cummins, Mack, Caterpillar) and the year it was made.

5

**ANSWER**:

**INTERROGATORY NO. 23**: Explain how you contend the collision at issue occurred, including identifying each person or entity who you contend contributed in any way to causing the collision and describing all facts known to you that support your contention that any person or entity caused the collision.

**ANSWER**:

## REQUESTS FOR PRODUCTION OF DOCUMENTS:

**REQUEST NO. 1**: Please produce any and all accident and/or incident reports and investigations prepared by Defendant as a result of the crash other than the police report.

**RESPONSE**:

**REQUEST NO. 2**: Please produce the accident register maintained as required by federal regulations.

**RESPONSE**:

**REQUEST NO. 3**: If ISO certified, please produce all ISO Certification documents.

**RESPONSE**:

**REQUEST NO. 4**: Please produce all documents prepared concerning all inspections.

**RESPONSE**:

**REQUEST NO. 5**: Please produce all leases and contracts that were in effect for the vehicle.

**RESPONSE**:

**REQUEST NO. 6**: Please produce the entire personnel file of the employee driver.

**RESPONSE**:

**REQUEST NO. 7**: Please produce the entire qualification file of the employee driver.

**RESPONSE**:

6

000021 of 000030

Sep 20 2022 10:43am   Pacific Pine Products Inc     RECEIVED   09/20/2022 12:49
                                                            541-947-2825                    p.22

**REQUEST NO. 8**: Please produce the entire drug and alcohol file of the employee driver including but not limited to pre-employment, post-accident, random, reasonable suspicion, and return to duty, drug, and alcohol testing results.

**RESPONSE**:

**REQUEST NO. 9**: Please produce the entire safety performance history file for the employee driver.

**RESPONSE**:

**REQUEST NO. 10**: Please produce any other file kept concerning the employee driver.

**RESPONSE**:

**REQUEST NO. 11**: Please produce any and all payroll and benefit records for the employee driver for five (5) years prior to the collision to one (1) year after.

**RESPONSE**:

**REQUEST NO. 12**: Please produce any and all cancelled checks of any kind paid to the employee driver for twelve (12) months prior and six (6) months after the collision.

**RESPONSE**:

**REQUEST NO. 13**: Please produce all logs—official or unofficial—of the employee driver for the six (6) months before the collision and for thirty (30) days after the collision.

**RESPONSE**:

**REQUEST NO. 14**: Please produce any and all records of health insurance claims, disability claims, sickness, or doctors' excuses of the employee driver for the five (5) years prior to the collision.

**RESPONSE**:

**REQUEST NO. 15**: Please produce all records of the employee driver for the seven (7) days prior to the collision and for the day of the collision. Specifically, produce the following materials, as

7

000022 of 000030

RECEIVED  09/20/2022 12:49
541-947-2825                    p.23

you are required to retain under 49 C.F.R. § 395.8(k) and subsequent DOT guidance and interpretation of "supporting documents":

> A. Bills of lading;
>
> B. Carrier pros;
>
> C. Freight bills;
>
> D. Dispatch records;
>
> E. Driver call-in records;
>
> F. Gate record receipts;
>
> G. Weight/scale tickets;
>
> H. Fuel billing statements;
>
> I. Toll receipts;
>
> J. International registration plan receipts;
>
> K. International fuel tax agreement receipts;
>
> L. Trip permits;
>
> M. Lessor settlement sheets;
>
> N. Port of entry receipts;
>
> O. Cash advance receipts;
>
> P. Delivery receipts;
>
> Q. Lumber receipts;
>
> R. Interchange and inspection reports;
>
> S. Over/short and damage reports;
>
> T. Agricultural inspection reports;
>
> U. Commercial Vehicle Safety Alliance reports;

V. Accident reports;

W. Telephone billing statements;

X. Credit card receipts;

Y. Driver fax reports;

Z. On-board computer reports;

AA. Border crossing reports;

BB. Custom declarations;

CC. Traffic citations;

DD. Overweight/oversize reports and citations;

EE. And/or other documents directly related to the motor carrier's operation which are retained by the motor carrier in connection with the operation of its transportation business.

**RESPONSE:**

**REQUEST NO. 16:** Please produce any and all cellular and telephone records and bills of the Defendant for the day of the collision and seven (7) days prior.

**RESPONSE:**

**REQUEST NO. 17:** Please produce any and all credit card bills and receipts for the employee driver the month the collision occurred.

**RESPONSE:**

**REQUEST NO. 18:** Please produce copies of any and all fuel tax reports of the employee driver for the year of this collision.

**RESPONSE:**

**REQUEST NO. 19:** Please produce any and all state audits of the employee driver for the year of this collision and three (3) years prior.

000024 of 000030

**RESPONSE:**

**REQUEST NO. 20:** Please produce any and all federal accident reports filed by the employee driver the year of this collision and three (3) years prior.

**RESPONSE:**

**REQUEST NO. 21:** Please produce any and all DOT inspection reports filed by the employee driver for the year of this collision and three (3) years prior.

**RESPONSE:**

**REQUEST NO. 22:** Please produce any and all long form DOT physicals of the employee driver.

**RESPONSE:**

**REQUEST NO. 23:** Please produce any and all Seven Day Prior Forms or Eight Day Prior Forms for the employee driver for the month of this collision.

**RESPONSE:**

**REQUEST NO. 24:** Please produce any and all DOT and State inspections of the vehicle involved in the crash for the year of the collision and one (1) year prior.

**RESPONSE:**

**REQUEST NO. 25:** Produce a copy of all contracts or leases in effect on the date of the collision for the vehicle involved in the collision.

**RESPONSE:**

**REQUEST NO. 26:** Produce any photographs taken of the vehicle operated by the driver at the scene of the collision, or any time after.

**RESPONSE:**

000025 of 000030

**REQUEST NO. 27**:  Produce copies of any documentation evidencing the completion or noncompletion of training programs and driver orientation programs by the employee driver.

**RESPONSE**:

**REQUEST NO. 28**: Produce copies of any and all satellite communications, e-mails, electronically stored information, ECM data, airbag control module data, or any other data or records however collected or stored, for the day of the collision and seven (7) days prior, that contains, reflects, or shows any information reflecting the movement of the vehicle involved in the collision, including without limitation:

        a. trip distance

        b. total vehicle driving time

        c. load factor

        d. vehicle speed limit

        e. maximum vehicle speed recorded

        f. number of hard brake incidents

        g. current engine speed (rpm)

        h. maximum and minimum cruise speed limits

        i. total vehicle driving distance

        j. fuel consumption (gal./hr.)

        k. idle time

        l. engine governed speed

        m. maximum engine speed recorded

        n. current throttle position

        o. brake switch status (on/off)

11

000026 of 000030

p. odometer

q. trip driving time

r. overall fuel economy (mpg)

s. average driving speed

t. number of engine overspeeds

u. number of vehicle overspeeds

v. current vehicle speed (mph)

w. clutch switch status (on/off)

x. clock

**RESPONSE:**

**REQUEST NO. 29:** Produce all policies including liability, general liability, excess umbrella for the vehicle and any other insurance that will cover or arguably cover this collision.

**RESPONSE:**

**REQUEST NO. 30:** Please produce a copy of the completion or noncompletion of any safe driving programs by the employee driver.

**RESPONSE:**

**REQUEST NO. 31:** Please produce a copy of the driver manual or handbook issued to the employee driver.

**RESPONSE:**

**REQUEST NO. 32:** Please produce a copy of the company safety rules issued to the employee driver.

**RESPONSE:**

000027 of 000030

RECEIVED  09/20/2022 12:49
541-947-2825                    p.28

**REQUEST NO. 33:** Please produce the Permanent Unit File or its equivalent including, but not limited to, records relating to the repairs, maintenance, and costs for the vehicle involved in the incident of November 16, 2021.

**RESPONSE:**

**REQUEST NO. 34:** Please produce all photographs, audio recordings, video recordings, or other audio or visual recordings or files of any type that reflect or depict in any way the collision at issue, or the activities of the driver or vehicle involved in the collision for the period beginning 24 hours prior to the collision and ending 24 hours after the collision.

**RESPONSE:**

**REQUEST NO. 35:** Please produce any Lytx drive camera video or data in its original .dce file format.

**RESPONSE:**

RESPECTFULLY submitted this 26th day of August, 2022.

*/s/ Adrian Mendiondo*
ADRIAN MENDIONDO
Morgan & Morgan Kentucky, PLLC
333 West Vine Street, Suite 1200
Lexington, KY 40507
Telephone: (859) 469-7954
Facsimile: (859) 899-9765
amendiondo@forthepeople.com
*Counsel for Plaintiff*

13

000028 of 000030

CIVIL ACTION NO. _____

                                      JEFFERSON CIRCUIT COURT
                                          DIVISION FOUR (4)
                            HON. CHARLES CUNNINGHAM
                                            *Electronically Filed*

JOSEPH CLAYTON                                  PLAINTIFF

v.

CORREY RICHTER,
Individually and as employee of
SHAMBAUGH & SON, L.P.
    **Serve with Complaint**

and

SHAMBAUGH & SON, L.P.                           DEFENDANTS
    **Serve with Complaint**

---

## NOTICE OF SERVICE

    Comes the Plaintiff, Joseph Clayton, and hereby gives notice that his first set of Interrogatories and Requests for Production of Documents were filed and served with the Complaint in the above matter to Defendants. Defendants have forty-five (45) days thereof to respond.

    RESPECTFULLY submitted this 26th day of August, 2022.

                         Respectfully submitted,

                         */s/ Adrian Mendiondo*
                         ADRIAN MENDIONDO
                         Morgan & Morgan Kentucky, PLLC
                         333 West Vine Street, Suite 1200
                         Lexington, KY 40507
                         Phone: (859) 219-4529
                         Email: amendiondo@forthepeople.com
                         *Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing was filed along with a copy of the Complaint and discovery requests in the Kentucky Court electronic filing system this 26th day of August, 2022.

/s/ Adrian Mendiondo
ADRIAN MENDIONDO